UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                    Plaintiff,                    **MEDICAL ORDER**

        -against-                                    15 Mag. 4388

JIAQIANG XU,

                                   Defendant.
-----------------------------------------------------------------X

**TO THE WARDENS OF THE WESTCHESTER COUNTY JAIL, OR ANY OTHER DETENTION FACILITY:**

      The above-named defendant has been remanded to the custody of the U.S. Marshals following his appearance before this Court. During the proceeding, the defendant informed the Court that he suffers from high blood pressure and has experienced chest pains.

      The Court directs the Correctional Facility to provide the defendant with a full medical examination and any necessary medical treatment.

Dated: December 8, 2015
       White Plains, New York

                                     **SO ORDERED:**

                                      JUDITH C. McCARTHY
                                      United States Magistrate Judge